AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kenneth B. Canty, individually and as owner/operator of Freelan Construction Co., Inc., and Freeland Construction Co., Inc.,<br>vs.<br>Christy Hall, Ted Creech, Justin P Powell, in their Official Capacities with the South Carolina Department of Transportation; and PCL Civil Constructors, Inc., | Civil Action No.   2:21-cv-3743-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that

■ other:   having granted the Defendants' motions to dismiss, this action is dismissed with prejudice.

This action was

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding.

Date:   March 27, 2023

*CLERK OF COURT*    Robin L. Blume

s/ V. Druce, Deputy Clerk

*Signature of Clerk or Deputy Clerk*